UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEREMY PINSON, | ) |
| Petitioner | ) ) ) |
| v. | ) ) Case No. 1:09-cv-02344-KOB-HGD |
| CONSTANCE REESE, | ) ) |
| Respondent | ) ) |

## MEMORANDUM OPINION

On January 5, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen days in which to file objections to the recommendations made by the magistrate judge. On January 10, 2011, petitioner filed objections to the magistrate judge's report and recommendation. In essence, Petitioner challenges the Magistrate Judge's findings by rearguing his contentions.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 21st day of January, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE